PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(E), Ala. R.App. P.; Ex parte Fann, 810 So.2d 631 (Ala.2001); Ex parte Bryowsky, 676 So.2d 1322 (Ala.1996); Robinson v. Robinson, 795 So.2d 729 (Ala.Civ.App.2001); Myrick v. Myrick, 714 So.2d 311 (Ala.Civ.App.1998); O’Neal v. O’Neal, 678 So.2d 161 (Ala.Civ.App.1996); Golden v. Golden, 681 So.2d 605 (Ala.Civ.App.1996); Grimsley v. Grimsley, 545 So.2d 75 (Ala.Civ.App.1989); Nowell v. Nowell, 474 So.2d 1128 (Ala.Civ.App.1985).
CRAWLEY and MURDOCK, JJ., concur.
YATES, P.J., and THOMPSON, J., dissent.